NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000795
30-JUL-2014
09:59 AM

NO. CAAP-14-0000795

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARIO L. TAGAMA, Claimant-Appellant,
v.
MARRIOTT OWNERSHIP RESORTS, INC.
dba MARRIOTT VACATIONS WORLDWIDE, Employer-Appellee,
and
AMERICAN ZURICH INSURANCE CO. and ACCLAMATION INSURANCE
MANAGEMENT SERVICES, Carrier/Adjuster-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2013-347 (2-12-08806))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 11(c)(2)
(By: Nakamura, C.J., Foley and Reifurth)

Upon review of the record, it appears that:

(1)  On May 1, 2014, Claimant-Appellant Mario L. Tagama (Appellant) filed a notice of appeal;

(2)  On May 21, 2014, a court order was filed that denied Appellant's request to proceed on appeal in forma pauperis, and the record reflects that Appellant was served with the order;

(3) On July 7, 2014, the appellate clerk informed Appellant that:

(a) filing and docketing fees had not been paid, and that the record cannot be prepared without payment of the fees or an order allowing Appellant to proceed in forma pauperis; and

(b) pursuant to Rule 11(c)(2) of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on July 17, 2014 for such action as the court deems proper, including dismissal of the appeal; and

(4) Thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaii, July 30, 2014.

Chief Judge

Associate Judge

Associate Judge